PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Darrell John Bussert**

**Docket No. 0:01CR00289-1(JRT)**

**Petition on Supervised Release**

COMES NOW **Randell W. Nikula**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Darrell John Bussert** who was sentenced for Armed Bank Robbery on January 13, 1993, by the Honorable William B. Shubb, sitting in the court in the Eastern District of California, who fixed the period of supervision at 5 years supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Search and seizure, drug aftercare, and restitution of $990

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 15, 2004, Mr. Bussert received from the Minnesota Department of Natural Resources a citation for Hunting Deer in a Baited Area. He pled guilty on January 11, 2005, in Dakota County District Court.

On December 19, 2004, Mr. Bussert received a citation for No Proof of Insurance and 65 mph in a 55 mph Zone. He failed to contact his probation officer within 72 hours of contact with law enforcement for either of the above offenses.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 25 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 7th day of February, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Randell W. Nikula
U.S. Probation Officer

Executed on January 31, 2005
Place Minneapolis

SCANNED
FEB 0 8 2005
U.S. DISTRICT COURT MPLS