Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Darrell John Bussert

Docket No. 0:01CR00289-001(JRT)

## HEARING WAIVER

I, Darrell John Bussert, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 25 hours of community service, as approved by the probation officer.

Signed: Darrell J Bussert

Darrell John Bussert
Supervised Releasee

Witness: Randell W. Nikula

Randell W. Nikula
U.S. Probation Officer

Dated: 1-27-05

SCANNED
FEB 08 2005
U.S. DISTRICT COURT MPLS